(No. 6018—)

REVZEN OFFICE EQUIPMENT Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF INSURANCE, Respondent.

*Opinion filed April 27, 1971.*

REVZEN OFFICE EQUIPMENT Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General, for Respondent.

PERLIN, C.J.